| | |
|---|---|
| 1 | Rachael A. Rezabek (SBN 298711) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 1601 Elm Street |
| | Dallas, TX 75201 |
| 3 | Telephone: (214)972-1674 |
| | Email: rachael.rezabek@kirkland.com |
| 4 | |
| | Marin Boney (*Pro hac vice* to be filed) |
| 5 | Email: mboney@kirkland.com |
| | Stephanie Greco (*Pro hac vice* to be filed) |
| 6 | Email: stephanie.greco@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| 7 | 1301 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| 8 | Telephone: (202) 879-5000 |
| 9 | *Attorneys for Defendants Bay Bridge Capital Partners LLC, GI Plum Fund B Blocker LLC, GI Plum Fund B AIV LP, GI GP IV L.P., GI Plum Holdings LLC, New Sisu Holdco LLC, GI Partners Acquisitions LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| State of California, | CASE NO. 5:21-CV-07331 |
| Plaintiff, | **DEFENDANTS BAY BRIDGE CAPITAL PARTNERS LLC, GI PLUM FUND B BLOCKER LLC, GI PLUM FUND B AIV LP, GI GP IV L.P., GI PLUM HOLDINGS LLC, NEW SISU HOLDCO LLC, GI PARTNERS ACQUISITIONS LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |
| v. | |
| PROVIDENCE GROUP, INC. et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party or the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceedings:

Bay Bridge Capital Partners LLC is owned 14.507% by GI Side Fund Plum Corp., 37.907% by GI Plum Holdings LLC; 27.684% by Harmon Group; and 19.02% by company management.

GI Plum Fund B Blocker LLC is 100% owned by GI Plum Fund B AIV LP.

GI Plum Fund B AIV LP is 18.35% owned by GI Plum Fund B Feeder (Cayman) LP; the remainder is owned by third-party limited partners in GI Partners Fund IV-B L.P.

GI GP IV L.P. is majority owned by GI GP IV LLC.

GI Plum Holdings LLC is 41.9% owned by GI Plum Fund B Splitter L.P. and 58.1% owned by GI Partners Fund IV L.P.

New Sisu Holdco LLC is 100% owned by BBCP LLC.

GI Partners Acquisitions LLC is 100% owned by GI Manager L.P.

DATED: September 28, 2021

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Rachael A. Rezabek*
Rachael A. Rezabek (298711)
**KIRKLAND & ELLIS LLP**
1601 Elm Street
Dallas, TX 75201
Telephone: (214) 972-1674
Email: rachael.rezabek@kirkland.com

*Attorney for Defendants Bay Bridge Capital Partners LLC, GI Plum Fund B Blocker LLC, GI Plum Fund B AIV LP, GI GP IV L.P., GI Plum Holdings LLC, New Sisu Holdco LLC, GI Partners Acquisitions LLC*

**CERTIFICATE OF SERVICE**

On 9/28/2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.

/s/ *Rachael A. Rezabek*
Rachael A. Rezabek